158 A.3d 82

COMMONWEALTH of Pennsylvania, Respondent

v.

Troy MARTIN, Petitioner

No. 235 EAL 2016

Supreme Court of Pennsylvania.

September 27, 2016

## ORDER

PER CURIAM

**AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**

158 A.3d 82

IN RE: ESTATE OF Kathleen TALERICO

Petition of: Donald P. Talerico

No. 268 MAL 2016

Supreme Court of Pennsylvania.

September 27, 2016

## ORDER

PER CURIAM

**AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**